UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ SINGH, | No.  2:25-cv-1610-DJC-SCR |
| Plaintiff, | |
| v. | ORDER |
| STEPHEN LIPWORTH, | |
| Defendant. | |

Plaintiff is proceeding pro se in this matter, which was referred to the Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On January 5, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 5.  Plaintiff has filed objections to the findings and recommendations. ECF No. 6.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed January 5, 2026, are adopted in full;

2. Plaintiff's FAC is dismissed without further leave to amend; and

3. The Clerk is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated:  **February 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE